CLAYTON T. OLSON ET AL. *v.* PLANNING & ZONING
COMMISSION OF THE TOWN OF FARMINGTON ET AL.

The plaintiffs' petition for certification for appeal
from the Superior Court in the judicial district of
Hartford-New Britain at Hartford is denied by the
court.

*Thomas P. Byrne,* in support of the petition.

*Palmer S. McGee, Jr., James J. Tancredi* and
*Robert N. Wienner,* in opposition.

Decided July 16, 1980

ANTHONY PAPALE, ADMINISTRATOR (ESTATE OF
FREDERICK A. PAPALE) *v.* JOHN R. FAY,
COMMISSIONER ON CLAIMS

The defendant's petition for certification for
appeal from the Superior Court in the judicial dis-
trict of New Haven is denied by the court.

*Richard J. Lynch,* assistant attorney general, in
support of the petition.

Decided July 16, 1980

FERDINAND RIZZUTI *v.* JOHN GARCEAU ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Session of the Superior Court
is denied by the court.

*Nicholas W. Rosa* and *Sean C. Butterly,* in sup-
port of the petition.

*Margaret J. Berthold,* in opposition.

Decided July 16, 1980